IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00572-MSK-MEH

PATRICIA CUSHENBERRY,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio stock company, a subsidiary of AUTO-OWNERS INSURANCE CO., a Michigan corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2016**.

    For good cause shown, Plaintiff's Unopposed Motion to Amend Case Caption [filed April 14, 2016; docket #19] is **granted**. The Clerk of the Court is directed to correct the Defendant's designation, as set forth above.